# U.S. District Court
## Southern District of Mississippi (Western)
## CIVIL DOCKET FOR CASE #: 5:18–cv–00088–DCB–MTP

Salazar–Trivino v. DIRECTOR OF FEDERAL BUREAU OF PRISONS et al
Assigned to: Honorable David C. Bramlette, III
Referred to: Magistrate Judge Michael T. Parker
Case in other court:  District of Columbia, 1:16–cv–02160
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/13/2018
Date Terminated: 09/27/2018
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**ALEXIS SALAZAR–TRIVINO**　　　　　　　　represented by　**ALEXIS SALAZAR–TRIVINO**
R61736–018
ADAMS COUNTY CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1600
WASHINGTON, MS 39190
PRO SE

V.

**Defendant**

**LORETTA E. LYNCH**
*United States Attorney General*
*TERMINATED: 04/12/2017*

**Defendant**

**DIRECTOR OF THE FEDERAL BUREAU OF PRISONS**　　　represented by　**William Mark Nebeker–Federal Gov**
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2536
Fax: (202) 252–2599
Email: mark.nebeker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Perez–Federal Gov**
U. S. ATTORNEY'S OFFICE – Jackson
501 East Court Street
Suite 4.430
Jackson, MS 39201
601/965–4480
Fax: 601/965–4409
Email: Marc.Perez@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **JEFFERSON B. SESSIONS, III**<br>*United States Attorney General* | represented by | **William Mark Nebeker–Federal Gov**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marc A. Perez–Federal Gov**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

**Pro Se Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2016 | Ï 1 | COMPLAINT against DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, LORETTA E. LYNCH ( Filing fee $ 400, receipt number 4616081345) with Jury Demand filed by JHAIR GENEROSO PATERNINA–CHRISTOPHER, ELDER NEHEMIAS LOPEZ–HERNANDEZ, ALBEIRO QUINONES HINESTROZA, JOSE MARIA BARRIOS–IPUANA, JUAN ALBERTO ORTIZ–LOPEZ, ANTONIO VALLALOBOS–ANDRADES, RAFAEL ANTONIO PATINO–VILLALOBOS, BERNABE GARCIA–CUERO, JORGE LUIS SOLAR–CHIMA, MILTON ARAGON CUERO, WILSON RAUL RODRIGUEZ MONTANO, MANUEL CUERO–CAICEDO, HERNANDO ANTONIO JIMENEZ–ORTIZ, ALEXIS SALAZAR–TRIVINO, MANUEL JULIN CARNALES, STEVENSON JAIR PALLARES–TRUJILLO, CARLOS ANDUJAR–JONES. (Attachments: # 1 Civil Cover Sheet)(jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 10/31/2016) |
| 10/27/2016 | Ï | SUMMONS Not Issued as to DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, LORETTA E. LYNCH (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 10/31/2016) |
| 02/01/2017 | Ï 2 | NOTICE by CARLOS ANDUJAR–JONES, JOSE MARIA BARRIOS–IPUANA, MANUEL JULIN CARNALES, MILTON ARAGON CUERO, MANUEL CUERO–CAICEDO, BERNABE GARCIA–CUERO, ALBEIRO QUINONES HINESTROZA, HERNANDO ANTONIO JIMENEZ–ORTIZ, ELDER NEHEMIAS LOPEZ–HERNANDEZ, JUAN ALBERTO ORTIZ–LOPEZ, STEVENSON JAIR PALLARES–TRUJILLO, JHAIR GENEROSO PATERNINA–CHRISTOPHER, RAFAEL ANTONIO PATINO–VILLALOBOS, WILSON RAUL RODRIGUEZ MONTANO, ALEXIS SALAZAR–TRIVINO, JORGE LUIS SOLAR–CHIMA, ANTONIO VALLALOBOS–ANDRADES. "Leave to file GRANTED. File as notice from plaintiffs" signed by Judge Amy B. Jackson on 02/01/2017 (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 02/01/2017) |
| 02/02/2017 | Ï 3 | ORDER. Pursuant to Federal Rule of Civil Procedure 4(m), plaintiffs shall perfect service by May 5, 2017, or risk dismissal of this case for want of prosecution. See Order and Attachment and complete details. SO ORDERED. Signed by Judge Amy Berman Jackson on 2/2/2017. (Attachments: # 1 Pro Se Prisoner Handbook) (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 02/02/2017) |
| 02/23/2017 | Ï 4 | Mail Returned as undeliverable. Marked Refused Unable to Forward. Mail was sent to Pro Se Plaintiff Manuel Julin–Carnales; Document Returned: Court's Order of 2/2/2017; Order Not Resent: BOP Website indicates that Plaintiff is no longer in BOP custody. This Plaintiff has not provided the Court with an updated address. We have no address where to resend this order. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/08/2017) |

| | | |
|---|---|---|
| 02/23/2017 | Ï 5 | Mail Returned as undeliverable. Marked Refused Unable to Forward. Mail was sent to Pro Se Plaintiff Hernando Antonio Jiminez−Ortiz; Document Returned: Court's Order of 2/2/2017; BOP website indicates Plaintiff is at another facility. Resent on 3/26/2017 at new address: Reeves I & II Correctional Institution, PO BOX 1560 Pecos, TX 79772. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 02/23/2017 | Ï 6 | Mail Returned as undeliverable. Marked Refused Unable to Forward. Mail was sent to Pro Se Plaintiff Bernabe Garcia−Cuero; Document Returned: Court's Order of 2/2/2017; BOP website indicates Plaintiff is at another facility. Resent on 3/26/2017 at new address: Reeves III Correctional Institution, PO BOX 2038 Pecos, TX 79772. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 02/23/2017 | Ï 7 | Mail Returned as undeliverable. Marked Refused Unable to Forward. Mail was sent to Pro Se Plaintiff Carlos Andujar−Jones; Document Returned: Court's Order of 2/2/2017; BOP website indicates Plaintiff is at another facility. Resent on 3/26/2017 at new address: Reeves III Correctional Institution, PO BOX 2038 Pecos, TX 79772. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 02/24/2017 | Ï 8 | Mail Returned as undeliverable. Marked Refused Unable to Forward. Mail was sent to Pro Se Plaintiff Milton Aragon Cuero; Document Returned: Court's Order of 2/2/2017; BOP website indicates that Plaintiff is at another facility. Resent on 3/26/2017 at new address: Big Spring Correctional Institution 1801 Highway I−20 Big Spring, TX 79720. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 02/27/2017 | Ï 9 | Mail Returned as undeliverable. Marked Refused Unable to Forward. Mail was sent to Pro Se Plaintiff Stevenson Jair Pallares−Trujillo; Document Returned: Court's Order of 2/2/2017; BOP website indicates Plaintiff is at another facility. Resent on 3/26/2017 at new address: Adams County Correctional Institution PO BOX 1600 Washington, MS 39190. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 03/06/2017 | Ï 10 | Mail Returned as undeliverable. Marked Not Deliverable as Addressed Unable to Forward. Mail was sent to Pro Se Plaintiff Antonio Vallalobos−Andrades; Document Returned: Court's Order of 2/2/2017; BOP website indicates that Plaintiff is at another facility. Resent on 3/26/2017 at new address: Big Spring Correctional Institution 1801 Highway I−20 Big Spring, TX 79720. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 03/06/2017 | Ï 11 | Mail Returned as undeliverable. Marked Not Deliverable as Addressed Unable to Forward. Mail was sent to Pro Se Plaintiff Manuel Cuero−Caicedo; Document Returned: Court's Order of 2/2/2017; BOP website indicates that Plaintiff is at another facility. Resent on 3/26/2017 at new address: Great Plains Correctional Institution P.O. BOX 400 Hinton, OK 73047. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 03/15/2017 | Ï 12 | Mail Returned as undeliverable. Marked Refused Unable to Forward. Mail was sent to Pro Se Plaintiff Albeiro Quinones Hinestroza; Document Returned: Court's Order of 2/2/2017; BOP website indicates Plaintiff is at another facility. Resent on 3/26/2017 at new address: Reeves III Correctional Institution, PO BOX 2038 Pecos, TX 79772. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/26/2017) |
| 03/24/2017 | Ï 13 | NOTICE of Voluntary Dismissal (Individual) by WILSON RAUL RODRIGUEZ MONTANO (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 03/27/2017) |
| 04/13/2017 | Ï 14 | REQUEST from Plaintiff's to Issue Summons filed by JHAIR GENEROSO PATERNINA−CHRISTOPHER, ELDER NEHEMIAS LOPEZ−HERNANDEZ, ALBEIRO QUINONES HINESTROZA, JOSE MARIA BARRIOS−IPUANA, JUAN ALBERTO ORTIZ−LOPEZ, ANTONIO VALLALOBOS−ANDRADES, RAFAEL ANTONIO PATINO−VILLALOBOS, BERNABE GARCIA−CUERO, JORGE LUIS SOLAR−CHIMA, MILTON ARAGON CUERO, WILSON RAUL RODRIGUEZ MONTANO, MANUEL |

| | | |
|---|---|---|
| | | CUERO–CAICEDO, HERNANDO ANTONIO JIMENEZ–ORTIZ, ALEXIS SALAZAR–TRIVINO, MANUEL JULIN CARNALES, STEVENSON JAIR PALLARES–TRUJILLO, CARLOS ANDUJAR–JONES; "Leave to file GRANTED" by Judge Amy B. Jackson(td) [Transferred from District of Columbia on 7/13/2018.] (Entered: 04/13/2017) |
| 04/13/2017 | ï | MINUTE ORDER. In light of plaintiffs' 14 request, the Clerk of Court is ORDERED to prepare summonses for the Attorney General, the United States Attorney's Office, and the Director of the Bureau of Prisons, and return the summonses to plaintiffs. Plaintiffs must then serve the summonses, along with copies of the complaint, on each defendant in the manner required by Federal Rule of Civil Procedure 4, and file proof of the completion of this service with the Court by June 16, 2017. It is FURTHER ORDERED that, in light of plaintiff Montano's 13 notice of voluntary dismissal, all claims brought by plaintiff Montano are DISMISSED. Signed by Judge Amy Berman Jackson on 4/13/2017. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 04/13/2017) |
| 04/14/2017 | ï | SUMMONS (3) Issued as to DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON BEAUREGARD SESSIONS, III, U.S. Attorney pursuant to Minute Order filed on 4/13/2017. (md) [Transferred from District of Columbia on 7/13/2018.] (Entered: 04/14/2017) |
| 06/13/2017 | ï 15 | NOTICE of Appearance by William Mark Nebeker on behalf of DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON BEAUREGARD SESSIONS, III (Nebeker, William) [Transferred from District of Columbia on 7/13/2018.] (Entered: 06/13/2017) |
| 06/13/2017 | ï 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DIRECTOR OF THE FEDERAL BUREAU OF PRISONS served on 6/5/2017, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 06/05/2017., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 6/5/2017. ( Answer due for ALL FEDERAL DEFENDANTS by 8/4/2017.) (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 06/15/2017) |
| 08/04/2017 | ï 17 | MOTION for Extension of Time to File Answer re 1 Complaint,, by DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON B. SESSIONS, III (Attachments: # 1 Text of Proposed Order)(Nebeker, William) [Transferred from District of Columbia on 7/13/2018.] (Entered: 08/04/2017) |
| 08/04/2017 | ï | MINUTE ORDER granting defendants' 17 motion for an extension of time to answer. Defendants shall file a responsive pleading by September 12, 2017. SO ORDERED. Signed by Judge Amy Berman Jackson on 8/4/2017.(lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 08/04/2017) |
| 09/12/2017 | ï 18 | MOTION to Dismiss by DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON B. SESSIONS, III (Attachments: # 1 Text of Proposed Order)(Nebeker, William) [Transferred from District of Columbia on 7/13/2018.] (Entered: 09/12/2017) |
| 09/13/2017 | ï 19 | ORDER. Plaintiffs shall respond to defendants' motion to dismiss on or before October 13, 2017. If plaintiffs fail to file a timely response, the Court may treat defendants' motion as conceded and dismiss the case. SO ORDERED. Signed by Judge Amy Berman Jackson on 9/13/2017. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 09/13/2017) |
| 10/05/2017 | ï 20 | Mail Returned as Undeliverable, Return to Sender, Unable to Forward, Facility Closed; Sent to Pro Se Plaintiff Hernando Antonio Jimenez–Ortiz; Document Returned: Court's 19 Order issued on 9/13/2017; Resent at New Address: Giles W. Dalby Correctional Institution 805 North Avenue F, Post, TX 79356. (jth) [Transferred from District of Columbia on 7/13/2018.] (Entered: 10/10/2017) |
| 11/14/2017 | ï 21 | MOTION for Extension of Time by JUAN ALBERTO ORTIZ–LOPEZ. "Leave to file granted" signed by Judge Amy B. Jackson on 11/14/2017(jf) [Transferred from District of Columbia on |

| | | |
|---|---|---|
| | | 7/13/2018.] (Entered: 11/20/2017) |
| 11/20/2017 | Ï | MINUTE ORDER granting 21 plaintiffs' motion for an extension of time. The plaintiffs shall file a response to defendants' motion to dismiss by December 12, 2017. Signed by Judge Amy Berman Jackson on 11/20/2017. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 11/20/2017) |
| 11/27/2017 | Ï 22 | MOTION for Extension of Time to File Response as to 18 MOTION to Dismiss by JUAN ALBERTO ORTIZ–LOPEZ (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 11/29/2017) |
| 11/29/2017 | Ï | MINUTE ORDER granting 22 plaintiffs' motion for an extension of time. The plaintiffs shall file a response to defendants' motion to dismiss 18 by January 8, 2018. Signed by Judge Amy Berman Jackson on 11/29/17. (DMK) [Transferred from District of Columbia on 7/13/2018.] (Entered: 11/29/2017) |
| 12/14/2017 | Ï 23 | RESPONSE re 18 MOTION to Dismiss filed by JUAN ALBERTO ORTIZ–LOPEZ. (td) [Transferred from District of Columbia on 7/13/2018.] (Entered: 12/20/2017) |
| 12/20/2017 | Ï 24 | MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Dismiss by DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON B. SESSIONS, III (Attachments: # 1 Text of Proposed Order)(Nebeker, William) [Transferred from District of Columbia on 7/13/2018.] (Entered: 12/20/2017) |
| 12/21/2017 | Ï | MINUTE ORDER granting 24 defendants' Motion for Extension of Time. Defendants shall file their reply by January 22, 2018. Signed by Judge Amy Berman Jackson on 12/21/2017. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 12/21/2017) |
| 12/21/2017 | Ï 25 | ORDER. Each of the plaintiffs in this case, besides Mr. Juan Alberto Ortiz–Lopez, must either file an individual opposition to defendants' motion to dismiss or inform the Court in writing that they wish to adopt plaintiff Ortiz–Lopez's opposition as their own on or before January 11, 2018. If plaintiffs fail to file a timely response, the Court may treat defendants' motion as conceded and dismiss the case. See ORDER for details. Signed by Judge Amy Berman Jackson on 12/21/2017. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 12/21/2017) |
| 12/22/2017 | Ï | Set/Reset Deadlines: Plaintiffs, with the exception of JUAN ORTIZ–LOPEZ, may file a response to the motion to dismiss by 1/11/2018. (tb) [Transferred from District of Columbia on 7/13/2018.] (Entered: 12/22/2017) |
| 01/05/2018 | Ï 26 | MOTION for Joinder by JOSE MARIA BARRIOS–IPUANA, MANUEL JULIN CARNALES, ELDER NEHEMIAS LOPEZ–HERNANDEZ, JUAN ALBERTO ORTIZ–LOPEZ, RAFAEL ANTONIO PATINO–VILLALOBOS, ALEXIS SALAZAR–TRIVINO, JORGE LUIS SOLAR–CHIMA (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/10/2018) |
| 01/16/2018 | Ï 27 | MOTION to Adopt Another Plaintiff's Opposing Motion by ALBEIRO QUINONES HINESTROZA (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/19/2018) |
| 01/16/2018 | Ï 28 | MOTION to Adopt Another Plaintiff's Opposing Motion by CARLOS ANDUJAR–JONES (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/19/2018) |
| 01/16/2018 | Ï 29 | MOTION to Adopt Another Plaintiff's Opposing Motion by BERNABE GARCIA–CUERO (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/19/2018) |
| 01/16/2018 | Ï 30 | Memorandum in opposition to re 18 MOTION to Dismiss filed by STEVENSON JAIR PALLARES–TRUJILLO. (Attachments: # 1 Declaration Unsworn)(jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/22/2018) |
| 01/18/2018 | Ï | |

| | | |
|---|---|---|
| | | MINUTE ORDER. On December 21, 2017, the Court ordered 25 that each of the plaintiffs in this case other than Mr. Juan Alberto Ortiz–Lopez must either file an individual opposition to defendants' motion to dismiss or inform the Court in writing that they wished to adopt Ortiz–Lopez's opposition as their own by January 11, 2018. The Court warned that if any plaintiff failed to file a timely response, it would treat the defendant's motion as conceded and dismiss the case as to that plaintiff. Plaintiffs Jose Maria Barrios–Ipuana, Jorge Luis Solar–Chima, Manuel Julin Carnales, Elder Nehemias Lopez–Hernandez, Alexis Salazar–Trivino, and Rafael Antonio Patino–Villalobos have moved 26 to adopt plaintiff Ortiz–Lopez's opposition 23 , and their motion is granted. Since plaintiffs Carlos Andujar–Jones, Bernabe Garcia–Cuero, Milton Aragon Cuero, Stevenson Jair Pallares–Trujillo, Jhair Generoso Paternina–Christopher, Wilson Raul Rodriguez Montano, Antonio Vallalobos–Andrades, Manuel Cuero–Caicedo, Hernando Antonio Jimenez–Ortiz, and Albeiro Quinones Hinestroza failed to file a timely response, they will be dismissed from the case. Signed by Judge Amy Berman Jackson on 01/18/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/18/2018) |
| 01/19/2018 | Ï | MINUTE ORDER. The Court will grant plaintiff Albeiero Quinones Hinestroza's motion to adopt plaintiff Juan Alberto Ortiz–Lopez's opposition to defendants' motion to dismiss. The Court received Mr. Hinestroza's motion after the date it was supposed to be filed, but the Court will grant Mr. Hinestroza's motion 27 and will reinstate him as a plaintiff. Signed by Judge Amy Berman Jackson on 01/19/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/19/2018) |
| 01/19/2018 | Ï | MINUTE ORDER. The Court will grant plaintiff Carlos Andujar–Jones' motion to adopt plaintiff Juan Alberto Ortiz–Lopez's opposition to defendants' motion to dismiss. The Court received Mr. Andujar–Jones' motion after the date it was supposed to be filed, but the Court will grant Mr. Andujar–Jones' motion 28 and will reinstate him as a plaintiff. Signed by Judge Amy Berman Jackson on 01/19/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/19/2018) |
| 01/19/2018 | Ï | MINUTE ORDER. The Court will grant plaintiff Bernabe Garcia–Cuero's motion to adopt plaintiff Juan Alberto Ortiz–Lopez's opposition to defendants' motion to dismiss. The Court received Mr. Garcia–Cuero's motion after the date it was supposed to be filed, but the Court will grant Mr. Garcia–Cuero's motion 29 and will reinstate him as a plaintiff. Signed by Judge Amy Berman Jackson on 01/19/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/19/2018) |
| 01/22/2018 | Ï 31 | MOTION to Stay *In Light Of Lapse Of Funding* by DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON B. SESSIONS, III (Attachments: # 1 Text of Proposed Order)(Nebeker, William) Modified on 1/23/2018 (znmw). [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/22/2018) |
| 01/23/2018 | Ï | MINUTE ORDER. The Court will grant plaintiff Stevenson Jair Pallares–Trujillo's motion 30 to adopt plaintiff Juan Alberto Ortiz–Lopez's opposition to defendants' motion to dismiss. The Court received Mr. Pallares–Trujillo's motion after the date it was supposed to be filed, but the Court will grant Mr. Pallares–Trujillo's motion and will reinstate him as a plaintiff. Signed by Judge Amy Berman Jackson on 01/23/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/23/2018) |
| 01/23/2018 | Ï | MINUTE ORDER finding as moot 31 Motion for Stay. Signed by Judge Amy Berman Jackson on 01/23/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/23/2018) |
| 01/25/2018 | Ï 32 | REPLY to opposition to motion re 18 MOTION to Dismiss filed by DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON B. SESSIONS, III. (Nebeker, William) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/25/2018) |
| 01/26/2018 | Ï 33 | |

| | | |
|---|---|---|
| | | NOTICE to Notify Court Plaintiff's Decision to Adopt re 23 RESPONSE re 18 MOTION to Dismiss filed by JUAN ALBERTO ORTIZ–LOPEZ by MANUEL CUERO–CAICEDO (jf) Modified on 1/30/2018 (to correct docket event/textjf). [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/29/2018) |
| 01/30/2018 | Ï | MINUTE ORDER. The Court will grant plaintiff Manuel Cuero–Caicedo's request 33 to adopt plaintiff Juan Alberto Ortiz–Lopez's opposition to defendants' motion to dismiss. The Court received Mr. Cuero–Caicedo's request after the date it was supposed to be filed, but the Court will grant Mr. Cuero–Caicedo's request and will reinstate him as a plaintiff. Signed by Judge Amy Berman Jackson on 01/30/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 01/30/2018) |
| 06/21/2018 | Ï 34 | ORDER. Because a district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction, Stokes v. U.S. Parole Commn, 374 F.3d 1235, 1239 (D.C. Cir. 2004), the Court will transfer plaintiffs' claims to the districts in which they are currently imprisoned. See Order for details. Signed by Judge Amy Berman Jackson on 06/21/2018. (lcabj3) [Transferred from District of Columbia on 7/13/2018.] (Entered: 06/21/2018) |
| 07/13/2018 | Ï | Case transferred to the USDC for the Western District of Louisiana as to Juan Alberto Ortiz–Lopez, Jorge Luis SolarChima, Manuel Julin Carnales, Elder Nehemias Lopez–Hernandez, and Rafael Antonio Patino–Villalobos, pursuant to Court Order entered 06/21/2018. Sent to Court by extraction. (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 07/13/2018) |
| 07/13/2018 | Ï 35 | NOTICE of Extraction of case transferred to USDC for the Western District of Louisiana (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 07/13/2018) |
| 07/13/2018 | Ï | Case transferred to the USDC for the Southern District of Mississippi as to Alexis Salazar–Trivino, Jose Maria Barrios–Ipuana, and Stevenson Jair Pallares Trujillo, pursuant to Court Order entered 06/21/2018. Sent to Court by extraction. (jf) [Transferred from District of Columbia on 7/13/2018.] (Entered: 07/13/2018) |
| 07/13/2018 | Ï 36 | Case transferred in from District of District of Columbia; Case Number 1:16–cv–02160. Original file certified copy of transfer order and docket sheet received. (Entered: 07/13/2018) |
| 08/06/2018 | Ï 37 | ORDER DISMISSING CASE and REQUIRING SEPARATE PETITIONS FOR HABEAS RELIEF as set out herein. (Copy mailed to Plaintiffs) Signed by Honorable David C. Bramlette, III on 8/6/18 (MGB) (Entered: 08/06/2018) |
| 08/07/2018 | Ï 38 | NOTICE OF ASSIGNMENT (ND) (Entered: 08/07/2018) |
| 08/14/2018 | Ï 39 | ORDER – ORDERED that Petitioner must within 14 days from the date of this Order file a response stating if he wishes to voluntarily dismiss this petition and file a new and separate § 2241 habeas petition. IT IS FURTHER ORDERED that if Petitioner does not wish to voluntarily dismiss this § 2241 civil action, Petitioner is required to state if he consents to the transfer of this civil action to the United States District Court for the Western District of Louisiana because Petitioner was incarcerated in the Federal Correctional Institution in Oakdale, Louisiana, when he filed the civil action. IT IS FURTHER ORDERED that Respondents will then have 14 days to respond. IT IS FURTHER ORDERED that the Clerk mail to Petitioner a 28 U.S.C. § 2241 form along with a motion to proceed in forma pauperis for him to complete in the event he wishes to file a new and separate § 2241 habeas. Signed by Honorable David C. Bramlette, III on 8/14/2018 (ND) (Entered: 08/14/2018) |
| 08/27/2018 | Ï 40 | Response to Order re 39 ORDER – ORDERED that Petitioner must within 14 days from the date of this Order file a response stating if he wishes to voluntarily dismiss this petition and file a new and separate § 2241 habeas petition. IT IS FURTHER ORDERED that if Petitioner does not wish to voluntarily dismiss this § 2241 civil action, Petitioner is required to state if he consents to the |

| | | |
|---|---|---|
| | | transfer of this civil action to the United States District Court for the Western District of Louisiana because Petitioner was incarcerated in the Federal Correctional Institution in Oakdale, Louisiana, when he filed the civil action. IT IS FURTHER ORDERED that Respondents will then have 14 days to respond. IT IS FURTHER ORDERED that the Clerk mail to Petitioner a 28 U.S.C. § 2241 form along with a motion to proceed in forma pauperis for him to complete in the event he wishes to file a new and separate § 2241 habeas. Signed by Honorable David C. Bramlette, III on 8/14/2018 (ND) filed by ALEXIS SALAZAR–TRIVINO (Attachments: # 1 Cover Letter, # 2 Envelope)(KNS) (Entered: 08/27/2018) |
| 09/10/2018 | ï 41 | Rebuttal re 40 Response to Order,,,, filed by JEFFERSON B. SESSIONS, III (Perez–Federal Gov, Marc) (Entered: 09/10/2018) |
| 09/24/2018 | ï 42 | NOTICE of Appearance by Marc A. Perez–Federal Gov on behalf of DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON B. SESSIONS, III (Perez–Federal Gov, Marc) (Entered: 09/24/2018) |
| 09/24/2018 | ï 43 | CERTIFICATE OF SERVICE by DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, JEFFERSON B. SESSIONS, III re 42 Notice of Appearance (Perez–Federal Gov, Marc) (Entered: 09/24/2018) |
| 09/27/2018 | ï 44 | ORDER – This petition for habeas relief be TRANSFERRED to the United States District Court for the Western District of Louisiana. Signed by Honorable David C. Bramlette, III on 9/27/2018 (ND) (Entered: 09/27/2018) |