UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALEXIS SALAZAR-TRIVINO**<br>R61736-018 | : | **CIVIL ACTION NO. 2:18-cv-1283** |
| **VERSUS** | : | **JUDGE SUMMERHAYS** |
| **DIRECTOR BUREAU OF PRISONS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 49] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** in Chambers this 21st day of February, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE